UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:04CV-P596-H

JAMES REED STEPHENS                                                     PLAINTIFF

V.

CORRECTIONAL MED. SERVICES, et al.                        DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

Defendants, Officer Charles Reid ("Reid"), Officer Robert Whiteside ("Whiteside") and Louisville-Jefferson County Metro Government ("Metro Government") have moved to dismiss Plaintiff's, James Reed Stephens ("Stephens"), complaint on the grounds that he has failed to prosecute the action.

On November 3, 2006, the above-named Defendants moved to dismiss Stephens' complaint. On February 12, 2007, this Court denied the motion. Since that time, Stephens has not taken any action to move his case forward. He has not propounded discovery requests, requested to take the deposition of any of Defendants or otherwise had contact with Defendants' counsel. In fact, Stephens last filed a pleading on or about February 6, 2007. And, on March 15, 2007, this Court dismissed his complaint as it related to the unserved Defendants for his failure to provide the requested information to serve those Defendants. "[F]ailure of the plaintiff to prosecute or to comply with these rules or any order of court, a defendant may move for dismissal of an action . . . " FRCP 41(b).

Since the March 2007 order of this Court, Stephens has taken no steps to advance this case. Stephens' lack of action constitutes a failure to prosecute his own case and justifies dismissal. *Little v. Yeutter*, 984 F.2d 160, 162 (6th Cir. 1993).

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Stephens' claims against Defendants are DISMISSED WITH PREJUDICE.

This is a final order.

cc:   James Reed Stephens, *Pro Se*
      Counsel of Record